416 F.2d 1333
 UNITED STATES of America ex rel. Alfred J. AMAIO, Relator-Appellee,
v.
Frederick G. REINCKE, Warden, Connecticut State Prison,
Respondent-Appellant.
 No. 200, Docket 33480.
 United States Court of Appeals Second Circuit.
 Argued Nov. 3, 1969.
Decided Nov. 3, 1969.
 
 Morton C. Hansen, Jr., Fauliso, Katz & Hansen, Hartford, Conn., for relator-appellee.
 Arnold Markle, State's Attorney, New Haven, Conn., for respondent-appellant.
 Before WATERMAN, FRIENDLY and SMITH, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment below upon the opinion of District Judge Blumenfeld, 300 F.Supp. 367.